UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACEY ALEXANDER VINSON,                      Case No. 26-10587

    Plaintiff,                                F. Kay Behm
v.                                            United States District Judge

WASHTENAW COUNTY COMMUNITY
MENTAL HEALTH, *et al.*,

    Defendants.
_____ /

## **JUDGMENT**

In accordance with the Opinion and Order issued on June 16, 2026, the

case is **DISMISSED**.

    **SO ORDERED**.

Date: June 16, 2026                     s/F. Kay Behm
                                        F. Kay Behm
                                        United States District Judge

1